NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

RICHARD A. ARZILLO,                  )
                                     )
      Appellant,                     )
                                     )
v.                                   )    Case No. 2D18-3235
                                     )
GRETCHEN L. ARZILLO,                 )
                                     )
      Appellee.                      )
_____)

Opinion filed January 30, 2019

Appeal pursuant to Fla. R. App. P. 9.130
from the Circuit Court for Polk County;
Richard J. Ojeda, Judge.

Richard A. Arzillo, pro se.

Michael M. Brownlee of The Brownlee Law
Firm, P.A., Orlando, for Appellee.

PER CURIAM.

          Affirmed.

KELLY, KHOUZAM, and LUCAS, JJ., Concur.